FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0175

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0175

STATE OF MONTANA,

Plaintiff and Appellee,

v.

NATALIE AMANDA RICH,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 3, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 3 2020